**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Martin MENDES, Defendant–
Appellant.**

**No. 02–6905.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 11, 2002.

Martin Mendes, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Martin Mendes seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Mendes has not made a substantial showing of the denial of a constitutional right. *See United States v. Mendes*, Nos. CR–97–235; CA–01–9–V (W.D.N.C. filed May 20, 2002, entered May 21, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*